# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Maria C. M., <br><br> Plaintiff, <br><br> v. <br><br> Social Security, DETR, <br><br> Defendants. | Case No. 2:24-cv-01936-DJA <br><br> **Order** |

Before the Court is *pro se* Plaintiff Maria C. M.'s application to proceed *in forma pauperis*—meaning, without paying the filing fee—under 28 U.S.C. § 1915 (ECF No. 1) and complaint (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, while Plaintiff identifies gross pay or wages and her take home pay or wages in response to question 2, she does not identify her employer's name and address. She also does not identify the pay period in which she receives those wages. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application or to pay the filing fee.

The Court also notes that Plaintiff has written her complaint in Spanish, even though her application is in English. (ECF No. 1-1). Courts in this district and other districts require submissions to be in English. *See Rodriguez v. Henry*, No. 2:20-cv-01659-JAM-DMC, 2021 WL 3488058, at *1-2 (E.D. Cal. Aug. 9, 2021) (compiling cases). The Court will thus require that Plaintiff attach a renewed complaint, written in English, to her renewed application to proceed *in forma pauperis*. The Court will send Plaintiff the form complaint for review of a Social Security decision that she may use to draft her complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.[1]  The Clerk of Court is also kindly directed to send Plaintiff the form complaint for review of Social Security decision.[2]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 21, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1[3]; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee.  Plaintiff shall include a renewed complaint, written in English, with either her filing fee or her renewed application to proceed *in forma pauperis*.  **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that her case be dismissed.**

DATED: October 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form may be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

[2] This form may be found online at https://www.uscourts.gov/forms/pro-se-forms/complaint-review-social-security-decision.

[3] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*.  The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/rules-and-orders/.