UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Maria C. M.,<br><br>            Plaintiff,<br><br>    v.<br><br>Social Security, DETR,<br><br>            Defendants. | Case No. 2:24-cv-01936-DJA<br><br>**Order** |

      Before the Court is *pro se* Plaintiff Maria C. M.'s renewed application to proceed *in forma pauperis* (meaning, without paying the filing fee). (ECF No. 6). In her prior application, Plaintiff listed gross pay or wages of $99.00 per month in response to question 2, but did not list her employer and did not identify the pay period in which she received that gross pay or wages. (ECF No. 1). So, the Court denied that application and asked Plaintiff to identify her employer's name and address and the pay period in which she received her reported wages. (ECF No. 5).

      Plaintiff filed a renewed application. (ECF No. 6). This time, she does not list any gross pay or wages. She leaves question 2 entirely blank without indicating whether she is employed or not. It is not clear if this was intentional or accidental given Plaintiff's prior reporting of gross pay or wages.

      Because Plaintiff's application appears incomplete, the Court cannot determine if she qualifies for *in forma pauperis* status. It will therefore deny her application and give her an opportunity to re-file it. In any renewed application, Plaintiff may not leave any questions blank. Plaintiff must indicate whether she is employed or unemployed.

      **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is **denied without prejudice and with leave to re-file.** In any renewed application, Plaintiff may not leave any questions blank.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.[1]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 17, 2025,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1[2]; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order may result in a recommendation to the district judge that her case be dismissed.**

DATED: August 18, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form may be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

[2] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/rules-and-orders/.